

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-MJ-6152 |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| MUHAMMAD NOOR UL AIN ATTA, aka Muhammad Atta, | |
| Defendant. | |

I.

On April 27, 2022, Defendant made his initial appearance, by consent to appear by video teleconference, on the criminal complaint filed in this matter. Defendant was represented by retained counsel, Dean Steward. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on information included in the pretrial services report and the indictment:

As to risk of non-appearance:

☒ Background information is partially verified and there are inconsistencies regarding Defendant's residence, employment and income, and the purported reason(s) for Defendant's travel to the United States.

☒ Defendant has not provided sufficient third party bail resources given the extensive fraud allegations charged in the Complaint.

☒ Defendant does not appear to have strong ties to the Central District of California and his wife and children live in Dubai and Defendant has been residing in Dubai.

☒ Defendant is a dual citizen of the U.S. and Pakistan, and is alleged to have sent the multi-million dollar proceeds of the fraudulent conduct that he is charged with to Pakistan.

As to danger to the community:

☒ allegations in the pending criminal complaint in which Defendant is charged with a six million dollar fraud involving the Payheck Protection Program.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from

2

persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: April 27, 2022

                                                      /s/
                                      ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE

persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: April 27, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE